| | |
|---|---|
| Michele S. Kahle, Personal Representative of the Estate of TYLER THOMAS KAHLE, <br><br>Plaintiff, <br><br>v. <br><br>EXECUTIVE FORCE AUSTRALIA PTY LTD, an Australian Proprietary Company, Limited by Shares <br><br>Defendant | Filed in the Trial Courts state of Alaska, Second District at NOME <br><br>JUL 15 2009 <br><br>By _____ Deputy <br><br>Case No. 2NO-09-123 -CI |

## COMPLAINT

COMES NOW, **Michele S. Kahle**, Personal Representative of the Estate of Tyler Thomas Kahle, and alleges as follows:

1. Plaintiff Michele S. Kahle is a Wisconsin Resident and the Personal Representative of the Estate of Tyler T. Kahle, decedent.

2. Defendant, Executive Force Australia Pty Ltd, is an Australian Private Company, which entered into a Consultancy Agreement with NovaGold Resources Inc. and Andrew Heycock, of Lexington Engineering, to provide for the supervision and sign off on all site construction plans and implementation and to follow standard safety procedures at the Rock Creek Gold Mine project in Nome, Alaska, owned and operated by Alaska Gold Company, an Alaskan Corporation and a subsidiary of NovaGold Resources, Inc.

3. In that capacity, Executive Force Australia's consultant, Andrew Heycock, exerted direct control over (a) the development and implementation of safety management systems (b) equipment inspections and documentations and to ensure that unsafe or faulty equipment was taken out of service (c) ensure site was Mine, Safety and Health Administration (MSHA) compliant (d) supervise the development and presence of adequate Emergency Response procedures (e) ensure the use of Job Safety Analysis' (f) develop and implement a system to communicate safety issues to the workforce (g) take appropriate actions to ensure that contractors maintain the highest standards of safety.

1

4. On the evening of July 19, 2007, Tyler T. Kahle, an employee of contractor Alaska Mechanical Inc., was fatally injured as a passenger in a dangerous JLG120HX man lift operated by a co-worker Craig Bagley when it toppled over while descending from an elevated location with the boom extended.

5. Tyler T. Kahle, 19 years old, was unmarried, without dependents and was the only child of Thomas J. and Michele S. Kahle. He accepted employment on the construction site to earn money to continue his college education.

6. Andrew Heycock, consultant, was the site supervisor on duty on the evening of July 19, 2007, and had a duty to uphold safety standards and training by all contractors and their employees on site and exercised direct control over the project, including site safety.

7. The workforce of all contractors on site had an expectation of safety on the mine site and compliance with Mine, Safety & Health Administration (MSHA) regulations.

8. Consultant Andrew Heycock breached his duty when he failed to identify and rectify a dangerous situation concerning the positioning of the lift, use of the lift and task training of the operators; by failing to ensure adequate management policies and procedures; failing to ensure compliance with Mine, Safety & Health Administration (MSHA) rules concerning equipment maintenance and records, set-up, training and operation on site and record keeping requirements.

9. As a direct result of the defendant's breach of duty, Tyler T. Kahle unwittingly entered a dangerous piece of equipment simply for a ride to the ground at the completion of his shift when the manlift tipped, hitting the side of the mill building and crashed to the ground. The telescoping boom collided with a lower section of the steel structure and caused the middle section of the boom to bend, accelerating the downward forces of the crashing basket and catapulted Tyler Kahle and his co-worker to the ground. His co-workers initiated CPR and life support measures which continued for approximately 45 minutes until his arrival at the Norton Sound Hospital where he was pronounced dead on arrival and thereby suffered extreme physical and emotional pain and suffering and other damages as may be allowed by law. These damages are in excess of 500,000.00 and recoverable under AS 09.55.570.

2

10. As a further direct and proximate result of the defendant's breach of duty, the estate of Tyler T. Kahle and statutory beneficiaries respectively, have suffered damages specified under AS 09.55.580. These damages are in excess of $2,000,000.00, the actual amount to be proven at trail.

WHEREFORE, plaintiff prays for judgment against defendant in the amount in excess of $2,500,000.00 for the damages as alleged, plus the costs, interest and attorney's fees as provided by law; and, for whatever other relief this court deems just and proper the premises considered.

Respectfully submitted this 11th day of July, 2009.

By: *[signature]*
Michele S. Kahle
Personal Representative
525 Theller Drive
Tomahawk, WI 54487
(715) 452-8921

JUL-29-2009 WED 09:35 AM Nome Trial Courts     FAX NO. 9074435192                P. 10
Case 2:09-cv-00008-JWS   Document 1-3   Filed 10/07/09   Page 3 of 3